IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**LEE MADDEN** **PLAINTIFF**
ADC # 136534

V.     4:08CV01328 BSM/HDY

**LARRY NORRIS, Director, Arkansas Department of
Correction; MIKE BEEBE, Arkansas Attorney
General; ARKANSAS BOARD OF PAROLE
AND COMMUNITY REHABILITATION; UNITED
STATES OF AMERICA; and OFFICER MONGER,**
East Arkansas Regional Unit, Arkansas Department of Correction   **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 29th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE